UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
8-15-13
AUG 15 2013 MW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kenneth Copeland

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

1:13-cv-05842
Judge Edmond E. Chang
Magistrate Judge Daniel G. Martin

Cook County Department
of Corrections Jail

Keefe Commissary
Network

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Kenneth Copeland

B. List all aliases: _____

C. Prisoner identification number: #B46891

D. Place of present confinement: Sheridan Correctional Center

E. Address: 4017 E. 2603 Road Sheridan, IL. 60551

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Cook County Department

Title: Jail

Place of Employment: 26th California Chicago, IL. 60608

B. Defendant: Keefe Commissary Network

Title: Vender

Place of Employment: Kansas City, Missouri

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Against the Cook County Department of Corrections Jail and Keefe Commissary Network for Price Gouging - Counsumer Fraud Theft by Deception and Deceptive Practice with Changing sales tax and Monopoly Price-fixing. Dereptive sales practices. The State and Federal Trade Commission in most states make Deceptive sales practices unlawful, historically, an act was deceptive if it had any tendency to deceive a nontrivial number of customers. A more recent term is used in consumer protection statues, May import less than common law fraud in sale of goods or services though there must be some measure of deceit. Acts of pratices which are not among those list by Statute present jury question of whether action was deceptive Robinson-Patman Act. Section 2A of the Clayton Act, as amended in 1936 by Robinso-Patman Act {15 U.S.C. A§13} makes it unlawful for any seller engaged in commerce to directly or indirectly discriminate in the price charged purchasers on the sale of commodities of like grade and quality where the effect

4                                                                                              Revised 9/2007

may be to injure, destroy or prevent competition with any person who grants or knowingly receives a discrimination, or the customer of either {see also Price Discrimination} Sherman Antitrust Act, such act {15 U.S.C.A 1-7} prohibits any unreasonable interference, by contract or combination or conspiracy, with the ordinary usual and freely-competitive pricing or Distribution system of the open market in interstate trade {see clayton Act} Monopoly, Price fixing, Detainees of Cook County Jail is Petitioning for due process compensation. Chicken Breast at $4.96, Sausage $1.91, Ramen Noodles $0.92 Keefe Coffee and Toothpaste that are being sold which resemble a single ketchup pack from a local food chain are only sold in Cook County Jail. This toothpaste also do not comply with the F.D.A. Standard and the A.D.A. Standard. {Food-Drug-Administration – American-Dental-Association} Local Merchants would be receiving more than 100% profite on the dollar which is Illegal Prise Fixing in Illinois.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Petitioning for due process and compensation and to Investigate for Price Discrimination - Counsumer Fraud Theft by Deception and Abuse of Authority with Price Gouging and Deceptive Pactices with changing sales tax*

**VI.**   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

*Kenneth Copeland*
(Signature of plaintiff or plaintiffs)

*Kenneth Copeland*
(Print name)

*B46891*
(I.D. Number)

*778 Titan*
*Chatham, IL, 62629*
(Address)

6                                                               Revised 9/2007